UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA WELCOME,<br><br>           Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>           Defendant. | No.   13-CV-3041-JLQ<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is REVERSED and REMANDED to the Commissioner of Social Security for the calculation and award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED:  May 9, 2014

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Cora Vargas*
                                               Deputy Clerk